# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CHAD ELIE, | 2:13-cv -00888-JCM-VCF |
| Plaintiff, | |
| vs. | **ORDER GRANTING LIMITED STAY OF DISCOVERY** |
| IFRAH PLLC, *et al.,* | [Proposed Joint Discovery Plan and Scheduling Order (#16)] |
| Defendants. | |

On October 17, 2013, the parties filed a Proposed Joint Discovery Plan and Scheduling Order. (#16). The parties seek a stay of discovery pending the ruling on the Motion to Dismiss filed by Defendants. The stay requested by the parties does not set a date certain for lifting the stay and will not be approved in that form.

Good Cause Appearing,

IT IS HEREBY ORDERED that all discovery is stayed in this case until the earlier of twenty (20) days after Defendant files an answer or February 21, 2014;

IT IS FURTHER ORDERED that the parties will not be required to file a new proposed Discovery Plan and Scheduling Order until the earlier of twenty (20) days after Defendant files an answer or March 13, 2014;

After January 21, 2014, the parties may file a stipulation to further stay discovery and the filing of a Discovery Plan and Scheduling Order, if the case is still pending and the Defendant has not filed an

answer at the time of filing the new stipulation.

DATED this 21st day of October, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE